## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

MARY ELIZABETH MAZYCK,

        Plaintiff,

vs.                                               Case No. 3:14-cv-939-J-34JRK

WILLIAM WILKES, et al.,

        Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 26; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on June 22, 2015.  In the Report, Judge Klindt recommends that Defendant Ocwen Loan Servicing, LLC's Motion to Dismiss (Doc. No. 14); Defendants, Kass Shuler P.A., Ashley L. Simon, and Jennifer M. Scott's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Order and Accompanying Memorandum of Law (Doc. No. 15); and Defendant, Honorable William Wilkes' Motion to Dismiss for Lack of Jurisdiction (Doc. No. 16) be granted. See Report at 11. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed. Thus, the matter is ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal

conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in Judge Klindt's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.

Accordingly, it is hereby

**ORDERED:**

1.      The Magistrate Judge's Report and Recommendation (Doc. No. 26) is **ADOPTED** as the opinion of this Court.

2.      Defendant Ocwen Loan Servicing, LLC's Motion to Dismiss (Doc. No. 14); Defendants, Kass Shuler P.A., Ashley L. Simon, and Jennifer M. Scott's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Order and Accompanying Memorandum of Law (Doc. No. 15); and Defendant, Honorable William Wilkes' Motion to Dismiss for Lack of Jurisdiction (Doc. No. 16) are **GRANTED**.

3.      This matter is **DISMISSED without prejudice** for failure to state a valid claim and lack of subject matter jurisdiction.

4.     The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of July, 2015.


MARCIA MORALES HOWARD
United States District Judge

i31

Copies to:

The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

Pro Se Party

3